# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GEE, | NO. CV 09-7413 MMM (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSE ARROYO, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 29, 2010.

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE